**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 1:99-cr-00016-3 |
| v. | |
| **HERNAN NAVARRO,** | |
| Defendant. | |

TO:  Hernan Navarro, *Pro Se*
       #1207836
       P.O. Box 860
       Oakwood, VA 24631

## ORDER

THIS MATTER is before the Court upon Hernan Navarro's "Motion Requesting Transcript and Other Documents" (ECF No. 391) and his "Request for Production of Documents" (ECF No. 392).  This order is issued without necessity of response.

Having reviewed the filings and upon due consideration thereof, the Court will deny Navarro's requests.

Navarro makes repeated requests for items that the Court has denied him access to on multiple occasions.  Additionally, he seeks a copy of the transcript from his trial, which took place more than two decades ago.  The Court will allow Navarro an opportunity to submit the appropriate documentation—as furnished by the Clerks' Office—for the transcript.

WHEREFORE, it is now hereby **ORDERED**:

*United States of America v. Navarro*
1:99-cr-00016-3
Order
Page 2

1. Hernan Navarro's "Motion Requesting Transcript and Other Documents" (ECF No. 391) and his "Request for Production of Documents" (ECF No. 392) are **DENIED.**

2. The Clerks' Office shall send Navarro the appropriate documentation so that he can formally submit his request for the transcript.

ENTER:

Dated: August 12, 2020

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
MAGISTRATE JUDGE